# United States District Court
# For The Western District of North Carolina
# Asheville Division

IRMA WILLIAMS,

        Plaintiff,	JUDGMENT IN A CIVIL CASE

vs.	1:11cv219

UNITED STATES OF AMERICA,

        Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/25/2012 Order.

        Signed: April 25, 2012

        Frank G. Johns, Clerk
        United States District Court